IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

JOHNELL STAGLIN, )
)
    Petitioner, )
)
vs. ) No. CIV-10-1049-W
)
STATE OF OKLAHOMA, OKLAHOMA, )
DEPARTMENT OF CORRECTIONS, )
)
    Respondents. )

## ORDER

On September 27, 2010, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the Motion for Leave to Proceed in Forma Pauperis filed by petitioner Johnell Staglin be denied. Staglin was advised that this action would be dismissed without prejudice unless he paid the filing fee in full by a designated date. Staglin was further advised of his right to object to the Report and Recommendation.

As the record reveals, Staglin has sufficient financial resources to pay the filing fee of $5.00. The Court therefore concurs with Magistrate Judge Purcell's suggested disposition of Staglin's request to proceed in forma pauperis.

Because Staglin has not paid the filing fee as ordered to do so by Magistrate Judge Purcell, the Court, in the absence of any objection filed by Staglin,

(1) ADOPTS the Report and Recommendation [Doc. 5] issued on September 27, 2010;

(2) DENIES Staglin's Motion for Leave to Proceed in Forma Pauperis [Doc. 2] file-stamped September 24, 2010; and

(3) DISMISSES this matter without prejudice.

ENTERED this 2nd day of November, 2010.

                                            LEE R. WEST
                                            UNITED STATES DISTRICT JUDGE